JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BRIDGET DILIA C.,[1]

        Plaintiff,

        v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

Case No. 5:25-cv-01099-CV-PD

**JUDGMENT**

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Administrative

---

[1] Plaintiff's name is partially redacted in accordance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management.  Pursuant to Fed. R. Civ. P. 25(d), Frank Bisignano, the current Commissioner of Social Security, is hereby substituted in as the Defendant.

Law Judge is Reversed and this matter is Remanded to the Social Security

Administration on an open record for further proceedings.

Dated: _____4/20/26_____

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2