UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRIDGET DILIA CARTER,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. EDCV 5:25-cv-01099-CV-PD<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

On May 12, 2026, the Parties filed a Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses. The Court, having considered the Stipulation, and good cause having been found, hereby GRANTS the Stipulation and ORDERS that fees and expenses in the amount of $9,000.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:____7/8/26_____    _Cynthia Valenzuela_____

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE